```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

PATRICIA WHITE,

                Plaintiff,

vs.                                Case No. 2:05-cv-329-FtM-29SPC

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

_____

**OPINION AND ORDER**

     This matter is before the Court on consideration of United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #17), issued September 12, 2006, recommending that the case be remanded for consideration of the frequency, severity, and controllability of the plaintiff's pseudoseizures and the effect they would have on the plaintiff's residual functional capacity, and further consideration of the treating and non-treating physicians' opinions. The Commissioner filed Objections (Doc. #18-1) on September 26, 2006, and plaintiff filed a Response to Commissioner's Objections (Doc. #19) on October 2, 2006.

**I.**

     The Court reviews the Commissioner's decision to determine if it is supported by substantial evidence and based upon proper legal standards. Crawford v. Comm'r of Soc. Sec., 363 F.3d 1155, 1158 (11th Cir. 2004). Substantial evidence is more than a scintilla but less than a preponderance, and is such relevant evidence as a

reasonable person would accept as adequate to support a conclusion. Moore v. Barnhart, 405 F.3d 1206, 1211 (11th Cir. 2005); Crawford, 363 F.3d at 1158. Even if the evidence preponderates against the Commissioner's findings, the Court must affirm if the decision reached is supported by substantial evidence. Crawford, 363 F.3d at 1158-59. The Court does not decide facts anew, make credibility judgments, reweigh the evidence, or substitute its judgment for that of the Commissioner. Moore, 405 F.3d at 1211; Dyer v. Barnhart, 395 F.3d 1206, 1210 (11th Cir. 2005). The magistrate judge, district judge and appellate judges all apply the same legal standards to the review of the Commissioner's decision. Dyer, 395 F.3d at 1210; Shinn ex rel. Shinn v. Comm'r of Soc. Sec., 391 F.3d 1276, 1282 (11th Cir. 2004); Phillips v. Barnhart, 357 F.3d 1232, 1240 n.8 (11th Cir. 2004).

**II.**

The Magistrate Judge found that the Administrative Law Judge sufficiently established that she properly considered and rejected the argument that plaintiff's condition medically met or equaled Listing 11.02. The Magistrate Judge found, however, that the Administrative Law Judge only considered the lack of physical explanations regarding plaintiff's impairment and did not delve into the mental aspect that can create pseudoseizures; that the Administrative Law Judge did not make a finding regarding the frequency and severity of the pseudoseizures and how her residual functional capacity might be affected; that the Administrative Law

Judge's assessment of Dr. Harold Lettner's opinion was unsupported; and that the Administrative Law Judge failed to specify the medical evidence substantiating the opinions of the consulted physicians. After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #17) is hereby **accepted** and **adopted**.

2. The Decision of the Commissioner of Social Security is **reversed and remanded** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for: (a) consideration of the frequency and severity of the plaintiff's pseudoseizures and the effect they would have on the plaintiff's residual functional capacity; (b) further consideration of the treating and non-treating physicians opinions; and (c) any other steps required to properly resolve plaintiff's application.

3. Judgment shall enter accordingly, and the Clerk shall close the file

**DONE AND ORDERED** at Fort Myers, Florida, this __31st__ day of October, 2006.

                                    JOHN E. STEELE
                                    United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge
Counsel of Record